UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JUDY PAYTON, *an Individual*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STANFILL, INC., *a Tennessee Corporation*, d/b/a Stanfill Sonics,<br><br>　　　　　Defendant. | Judge J. Breen<br><br>Magistrate Judge Edward G. Bryant<br><br>Case No.: 1:13-cv-01215 |

## JOINT NOTICE OF SETTLEMENT

　　　　Defendant Stanfill, Inc. ("Defendant"), by and through its attorneys, Fisher & Phillips, LLP, and Plaintiff Judy Payton ("Plaintiff"), by and through her attorneys, Jackson, Shields, Yeiser & Holt, provide their Joint Notice of Settlement, and in support thereof, state as follows:

　　　　1.　　The parties have reached an agreement as to the resolution of this ENTIRE litigation and as to ALL parties.

　　　　2.　　The parties are in the process of executing the Settlement Agreement and anticipate distributing the settlement monies within the next thirty (30) days.

　　　　3.　　The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety, after the distribution of the settlement monies.

　　　　WHEREFORE, Defendant, Stanfill, Inc., and Plaintiff, Judy Payton, provide their Joint Notice of the Settlement in this matter, and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety and as to all parties. The parties

additionally request that the Court adjourn the trial date set for May 5, 2015, for thirty (30) days while the parties finalize their settlement of the matter.

Dated:  February 27, 2015

s/ Steve A. Miller
Steve A. Miller (*pro hac vice admission*)
Scott C. Fanning (*pro hac vice admission*)
FISHER & PHILLIPS LLP
Chicago, IL 60606
Telephone: (312) 346-8061
Facsimile: (312) 346-3179
smiller@laborlawyers.com
sfanning@laborlawyers.com

Courtney Leyes Tomlinson
FISHER & PHILLIPS LLP
1715 Aaron Brenner Drive
Suite 312, Renaissance Center
Memphis, TN 38120
Telephone:  (901) 526-0431
ctomlinson@laborlawyers.com

*Attorneys for Defendant*

Respectfully submitted,

s/ Gordon E. Jackson
Gordon E. Jackson
James L. Holt, Jr.
Timothy A. Perkins
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, Tennessee 38018
gjackson@jsyc.com
jholt@jsyc.com
tperkins@jsyc.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

     I certify that on February 27, 2015, a true and correct copy the foregoing **JOINT NOTICE OF SETTLEMENT** was served upon the following:

Gordon E. Jackson
James L. Holt, Jr.
Timothy A. Perkins
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, Tennessee 38018
gjackson@jsyc.com
jholt@jsyc.com
tperkins@jsyc.com
*Attorneys for Plaintiff*

via Email and regular First Class U.S. Mail delivery.

                                                     s/ Steve A. Miller
                                                   Steve A. Miller (*Pro hac vice*)
                                                   COUNSEL FOR DEFENDANT