UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JUDY PAYTON, *an Individual*,<br><br>Plaintiff,<br><br>v.<br><br>STANFILL, INC., *a Tennessee Corporation, d/b/a Stanfill Sonics,*<br><br>Defendant. | Judge J. Breen<br><br>Magistrate Judge Edward G. Bryant<br><br>Case No.: 1:13-cv-01215 |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Judy Payton ("Plaintiff") and Defendant Stanfill, Inc., by and through their respective attorneys, hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety with prejudice based on the settlement of this matter between the parties, with each party to bear their own costs and attorneys' fees except as specified in the settlement agreement entered into and between the parties.

Dated: March 27, 2015

s/ Steve A. Miller
Steve A. Miller (*pro hac vice admission*)
Scott C. Fanning (*pro hac vice admission*)
FISHER & PHILLIPS LLP
Chicago, IL 60606
Telephone: (312) 346-8061
Facsimile: (312) 346-3179
smiller@laborlawyers.com
sfanning@laborlawyers.com

Courtney Leyes Tomlinson
FISHER & PHILLIPS LLP
1715 Aaron Brenner Drive

Respectfully submitted,

s/ Gordon E. Jackson
Gordon E. Jackson
James L. Holt, Jr.
Timothy A. Perkins
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, Tennessee 38018
gjackson@jsyc.com
jholt@jsyc.com
tperkins@jsyc.com

*Attorneys for Plaintiff*

1

Suite 312, Renaissance Center
Memphis, TN 38120
Telephone:  (901) 526-0431
ctomlinson@laborlawyers.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I certify that on March 27, 2015, a true and correct copy the foregoing **JOINT STIPULATION FOR DISMISSAL** was served upon the following:

Gordon E. Jackson
James L. Holt, Jr.
Timothy A. Perkins
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, Tennessee 38018
gjackson@jsyc.com
jholt@jsyc.com
tperkins@jsyc.com
*Attorneys for Plaintiff*

via Email and regular First Class U.S. Mail delivery.

                                       s/ Steve A. Miller
                                       Steve A. Miller (*Pro hac vice*)
                                       COUNSEL FOR DEFENDANT