# United States District Court
## WESTERN DISTRICT OF TENNESSEE
## Eastern Division

### JUDGMENT IN A CIVIL CASE

**JUDY PAYTON, an Individual,**

Plaintiff,

CASE NUMBER: 1:13-cv-1215-JDB-egb

v.

**STANFILL, INC. a Tennessee Corporation, d/b/a Stanfill Sonics,**

Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation of Dismissal entered in the above-styled matter on 3/27/2015, this case is hereby dismissed with prejudice. Each party to bear their own costs and attorneys' fees except as specified in the settlement agreement entered into and between the parties.

**APPROVED:**

                                             s/J. Daniel Breen
                                             **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**